NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN ROBERT CLIFTON, DOC #761493, )
)
      Appellant, )
)
v. )    Case No. 2D18-1457
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed February 22, 2019

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.

John Robert Clifton, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, LUCAS, and ATKINSON, JJ., Concur.